**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Eliazar Ruiz,<br><br>  Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>  Defendant. | No.  CIV 05-3504-PHX-ROS (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #6), filed December 27, 2005, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #6).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 1st day of May, 2006.

Roslyn O. Silver
United States District Judge